


richardpalomoind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>RICHARD GEORGE PALOMO,<br><br>          Defendant. | CRIMINAL CASE NO.<br><br>**INDICTMENT**<br><br>**POSSESSION OF A FIREARM BY A FELON**<br>[18 U.S.C. §§ 922(g)(1); 924(a)(2) & 2]<br>(Count I)<br>**POSSESSION OF AMMUNITION BY A FELON**<br>[18 U.S.C. §§ 922(g)(1); 924(a)(2) & 2]<br>(Count II) |

THE GRAND JURY CHARGES THAT:

### COUNT I - POSSESSION OF A FIREARM BY A FELON

On or about April 19, 2007, in the District of Guam and elsewhere, RICHARD GEORGE PALOMO, the defendant herein, having been convicted of a felony offense; to wit, one count of Possession of a Schedule II Controlled Substance (As a Third Degree Felony) on November 23, 2001, under the Superior Court of Guam, Case No. CF526-01, and one count of Possession of a Schedule II Controlled Substance (As a Third Degree Felony), on October 4, 2000, under the Superior Court of Guam, Case No. CF501-00, possessed in and affecting commerce, a firearm, to wit: a Smith and Wesson .357 Magnum, Serial Number 7K43375, Model Number unknown, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.

## COUNT II - POSSESSION OF AMMUNITION BY A FELON

On or about April 19, 2007, in the District of Guam and elsewhere, RICHARD GEORGE PALOMO, the defendant herein, having been convicted of a felony offense; to wit, one count of Possession of a Schedule II Controlled Substance (As a Third Degree Felony) on November 23, 2001, under the Superior Court of Guam, Case No. CF526-01, and one count of Possession of a Schedule II Controlled Substance (As a Third Degree Felony), on October 4, 2000, under the Superior Court of Guam, Case No. CF501-00, possessed in and affecting commerce, ammunition, to wit: six unexpended .38 Special bullets, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1); 924(a)(2) and 2.

DATED this 16th day of January, 2008.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

-ii-

**Criminal Case Cover Sheet**          **U.S. District Court**

**Place of Offense:**

City __Hagåtña__

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08 - 00002**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__    Matter to be sealed: ___ Yes __x__ No

Defendant Name    __RICHARD GEORGE PALOMO__

Alias Name _____

Address _____

__Dededo, Guam__

Birthdate __Xx/xx/1960__ SS# __xxx-xx-2311__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA __Rosetta L. San Nicolas__

Interpreter: __X__ No ___ Yes    List language and/or dialect: _____

**RECEIVED JAN 16 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__     ___ Petty ___ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18 USC 922(g)(1); 924(a)(2); 2 | Possession of a Firearm by a Felon | 1 |
| Set 2 18 USC 922(g)(1); 924(a)(2); 2 | Possession of Ammunition by a Felon | 2 |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: _____    Signature of AUSA: __[signature]__