AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

RICHARD GEORGE PALOMO

**WARRANT FOR ARREST**

Case Number: CR-08-00002-001

**RECEIVED**
JAN 16 2008
US MARSHALS SERVICE-GUAM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RICHARD GEORGE PALOMO _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation ☐ Violation Notice

**FILED**
DISTRICT COURT OF GUAM
JAN 25 2008
JEANNE G. QUINATA
Clerk of Court

charging him or her with (brief description of offense)

Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1)I 924(a)(2) and 2, Count 1

Possession of Ammunition by a Felon, 18 U.S.C. §§ 922(g)(1); 924(a)(2) and 2, Count 2

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | _Marilyn B. Alcon_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 01/16/2008    Hagåtña, Guam |
| Title of Issuing Officer | Date and Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

AGANA GUAM.

| DATE RECEIVED 1/16/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/24/08 | S/A HOANG M. NGUYEN | _Hoang N._ |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __RICHARD GEORGE PALOMO_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____