**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-08-00002-001  DATE: January 25, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz  Electronically Recorded: 1:50:31 - 1:57:29
CSO: J. McDonald

**APPEARANCES:**
Defendant: Richard George Palomo  Attorney: Rawlen Mantanona
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent: Hoang Nguyen, ATF
U.S. Probation: Carleen Borja  U.S. Marshal: T. Muna
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Financial Affidavit reviewed and accepted: Rawlen Mantanona appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: March 25, 2008 at 9:30 AM
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: