DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>**RICHARD GEORGE PALOMO,**<br><br>　　　　　　Defendant. | CRIMINAL CASE  NO. 08-00002<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **RAWLEN MANTANONA** is appointed to represent the defendant in the above-entitled case.

**/s/ Joaquin V.E. Manibusan, Jr.**
　　**U.S. Magistrate Judge**
**Dated: Jan 25, 2008**