**CABOT**
**MANTANONA LLP**
Edge Building, 2nd Floor
929 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



**FILED**
DISTRICT COURT OF GUAM

FEB 1 1 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00002 |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Plaintiff, ) | |
| ) | |
| RICHARD GEORGE PALOMO, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

I, WILLIAM N. CRUZ, hereby certify that a copy of the Motion to Withdraw, was

duly hand-delivered or faxed to the following on February 11, 2008.

OFFICE OF THE U.S. ATTORNEY
108 Hernan Cortes Ave.
Sirena Plaza, 6th Floor
Hagatna, Guam 96910

Dated this 11th day of February, 2008.

_____
WILLIAM N. CRUZ

RMTM:scc
G:\Stacy\active clients\Palomo, Richard\CERTIFIATE OF SERVICE.doc