# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-08-00002          DATE: March 10, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio      Electronically Recorded: 9:59:41- 10:04:37
CSO: B. Pereda

**APPEARANCES:**
Defendant: Richard George Palomo       Attorney: Patrick Civille
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas     U.S. Agent:
U.S. Probation: Grace Flores           U.S. Marshal: D. Punzalan
Interpreter:                           Language:

**PROCEEDINGS: Status Hearing**
- Mr. Civille has no objection to an early May trial date.
- The period from today 3/10/2008 to 5/6/2008 is excluded for the purposes of speedy trial computation. The court found that the ends of justice are served by continuing the trial outweighs the best interest of the public and the defendant in a speedy trial.
- Trial set for: May 6, 2008 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: