**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**CHANGE OF PLEA**

CASE NO.: CR-08-00002  DATE: April 29, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 10:18:45 - 10:35:00

**APPEARANCES:**
Defendant: Richard George Palomo  Attorney: G. Patrick Civille
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter:  Language:

**PROCEEDINGS: Change of Plea**
- Defendant consented to Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: August 6, 2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: July 2, 2008
- Response to Presentence Report: July 16, 2008
- Final Presentence Report due to the Court: July 30, 2008
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: