# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cr. Cs. No. 08-00002-001 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO CONTINUE SENTENCING** |
| | ) | **HEARING** |
| RICHARD GEORGE PALOMO | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW, the United States Probation Officer respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for August 6, 2008. The probation officer requests that the Court continue sentencing to September 22, 2008. The continuance is necessary to research the defendant's extensive criminal history. Both parties have no objections to a continuation.

RESPECTFULLY submitted this   _23rd_   day of July 2008.

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ STEPHEN P. GUILLIOT
U.S. Probation Officer

Reviewed by:

 /s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist