# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | USDC Cr. Cs. No. 08-00002-001 |
| Plaintiff, ) | |
| vs. ) | **REQUEST TO CONTINUE SENTENCING HEARING** |
| ) | |
| RICHARD GEORGE PALOMO ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW, the United States Probation Officer respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for September 22, 2008. The probation officer requests that the Court continue sentencing to November 06, 2008. The continuance is necessary to evaluate additional criminal history received from the Central District of California and research his substance abuse treatment history. Both parties have no objections to a continuation.

RESPECTFULLY submitted this  10th  day of September 2008.

                                                    ROSSANNA VILLAGOMEZ-AGUON
                                                  Chief U.S. Probation Officer

By:   /s/ STEPHEN P. GUILLIOT
                     U.S. Probation Officer

Reviewed by:

  /s/ CHRISTOPHER J. DUENAS
            U.S. Probation Officer Specialist